**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6402**

---

LARRY JAMES TYLER,

        Petitioner - Appellant,

    v.

DIRECTOR OF THE DARLINGTON COUNTY DETENTION CENTER,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Molly Hughes Cherry, Magistrate Judge.  (9:22-cv-01623-MGL)

---

Submitted:  July 30, 2024                         Decided:  August 2, 2024

---

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Larry James Tyler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Tyler noted this appeal in his pending 28 U.S.C. § 2254 action, asking this court "for an interlocutory appeal to require an affirmative injunction." This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Presently, the record does not contain a final order or an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*